# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA DIAZ, an individual, | CASE NO.: 1:19-cv-00326-DAD-EPG |
| Plaintiff, | **ORDER GRANTING STIPULATED EXTENSION OF TIME TO COMPLETE VOLUNTARY DISPUTE RESOLUTION ("VDRP")** |
| vs. | |
| FULL STEAM STAFFING LLC, a New Jersey limited liability company; JOHN B. SANFILIPPO & SON, INC., a Delaware corporation; and Does 1 through 50; inclusive, | (ECF No. 18) |
| Defendants. | |

Pursuant to the stipulation of the parties (ECF No. 18), in which the parties indicate that they need additional time to complete VDRP, and finding that good cause exists,

IT IS ORDERED:

1. The deadline within which to hold the VDRP session is extended to **January 10, 2020**; and

2. The mid-discovery status conference, currently set for December 9, 2019, is continued to **January 23, 2020, at 10:30 a.m.**

IT IS SO ORDERED.

Dated: **October 28, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1