UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA DIAZ, an individual,<br><br>                  Plaintiff,<br><br>vs.<br><br>FULL STEAM STAFFING LLC, a New Jersey limited liability company; JOHN B. SANFILIPPO & SON, INC., a Delaware corporation; and Does 1 through 50; inclusive,<br><br>                  Defendants. | CASE NO. 1:19-cv-00326-DAD-EPG<br><br>**ORDER GRANTING STIPULATED MODIFICATION OF SCHEDULING ORDER**<br><br>(ECF No. 23) |

Based on the stipulation of the parties (ECF No. 23) and finding good cause exists,

IT IS ORDERED that the Scheduling Conference Order (ECF No. 14), as previously modified (ECF No. 21), is further modified as follows:

1. The non-expert discovery cutoff is extended to **June 19, 2020**, only as to the following: (a) depositions of Plaintiff Claudia Diaz, Kathy Monge, Blanca Cazares, Monica Machutta, Veronica Rangel, Juan Martinez-Chavez, Aurora Cortez, and Geraldine Valencia; (b) subpoenas for Plaintiff's medical and/or mental health records to healthcare providers identified in Plaintiff's Supplemental Responses to Interrogatories, dated January 27, 2020; and (c) depositions of Plaintiff's healthcare providers.

1

2. The deadline for designation of expert witnesses is extended to **July 17, 2020**;

3. The deadline for designation of rebuttal expert witnesses is extended to **August 14, 2020**;

4. The expert discovery cutoff is extended to **September 18, 2020**;

5. The dispositive motion filing deadline is extended to **September 11, 2020**;

6. The pretrial conference, currently set for November 16, 2020, is continued to **February 22, 2021, at 1:30 p.m.**; and

7. The jury trial, currently set for February 2, 2021, is continued to **April 27, 2021, at 8:30 a.m.**

IT IS SO ORDERED.

Dated: **April 7, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE