UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA DIAZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FULL STEAM STAFFING LLC, a New Jersey limited liability company; JOHN B. SANFILIPPO & SON, INC., a Delaware corporation; and Does 1 through 50; inclusive,<br><br>Defendants. | CASE NO. 1:19-cv-00326-DAD-EPG<br><br>**ORDER GRANTING STIPULATED MODIFICATION OF SCHEDULING ORDER**<br><br>(ECF No. 25) |

Based on the stipulation of the parties (ECF No. 25) and finding good cause exists,

IT IS ORDERED that the Scheduling Conference Order (ECF No. 14), as previously modified (ECF Nos. 21, 24), is further modified as follows:

1. The non-expert discovery cutoff is extended to **September 17, 2020**, only as to the following: (a) depositions of Plaintiff Claudia Diaz, Kathy Monge, Blanca Cazares, Monica Machutta, Veronica Rangel, Juan Martinez-Chavez, Aurora Cortez, and Geraldine Valencia; (b) subpoenas for Plaintiff's medical and/or mental health records to healthcare providers; and (c) depositions of Plaintiff's healthcare providers;

2. The designation of expert witnesses is extended to **October 15, 2020**;

1

3. The designation of rebuttal expert witnesses is extended to **November 12, 2020**;

4. The expert discovery cutoff is extended to **December 17, 2020**;

5. The dispositive motion filing deadline is extended to **December 10, 2020**;

6. The pretrial conference, currently set for February 22, 2021 at 1:30 p.m., is continued to **May 24, 2021 at 1:30 p.m.**;

7. The jury trial, currently set for April 27, 2021 at 8:30 a.m., is continued to **July 28, 2021 at 8:30 a.m.**

IT IS SO ORDERED.

Dated:   **June 18, 2020**                         /s/ *Erica P. Grosjean*
                                                   UNITED STATES MAGISTRATE JUDGE

2