UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA DIAZ,<br><br>  Plaintiff,<br><br>  v.<br><br>FULL STEAM STAFFING LLC, *et al.*,<br><br>  Defendants. | Case No. 1:19-cv-00326-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 28) |

   Plaintiff, Claudia Diaz, and Defendants, Full Steam Staffing LLC and John B. Sanfilippo & Son, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 28). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

   Dated:  **November 5, 2020**                    /s/ *Erica P. Grosjean*
   UNITED STATES MAGISTRATE JUDGE